# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RON INGRAM, an individual; and DONNA INGRAM, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> CHRIS COPELAND CONSTRUCTION, INC., a Utah corporation; and CHRIS COPELAND, an individual, <br><br> Defendants. | **JUDGMENT IN A CIVIL CASE** <br><br> Case No. 4:20-cv-00004-DN-PK <br><br> District Judge David Nuffer |

IT IS ORDERED AND ADJUDGED THAT:

Final Judgment by default is entered in favor of Plaintiffs Ron Ingram and Donna Ingram and against Defendants Chris Copeland Construction, Inc. and Chris Copeland, jointly and severally, in the amount of $99,087.87, plus post-judgment interest accruing from the date of this Judgment until paid in full.

Signed February 28, 2020.

BY THE COURT

_____
David Nuffer
United States District Judge