THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| ACUITY, *a Mutual Insurance Company*,<br><br>Plaintiff,<br><br>v.<br><br>CHRIS COPELAND CONSTRUCTION and CHRIS COPELAND,<br><br>Defendants. | **DEFAULT JUDGMENT IN A CIVIL CASE**<br><br>Case No. 4:21-cv-00080<br><br>District Judge David Barlow |

IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. Default judgment is entered in favor of Acuity and against Defendants.

2. Acuity's Commercial Package Policy Program which Acuity issued to Chris Copeland Construction, a BIS-PAK BUSINESS LIABILITY AND MEDICAL EXPENSES COVERAGE FORM CB-0006 (08-15) policy, Policy Number: ZA5360 (the "Policy"), with a policy period of October 30, 2018 to October 20, 2019, does not provide coverage, defense, or indemnification for the claims, allegations, losses and damages asserted against Chris Copeland Construction and Chris Copeland by Ron and Donna Ingram, or for the Default Judgment entered in Case No. 4:20-cv-00004-DN in the United States District Court, District of Utah (Southern Region) against Chris Copeland Construction and Chris Copeland in the amount of $99,087.87.

3. Acuity is not obligated to provide coverage, defense, or indemnification to Chris Copeland Construction and Chris Copeland under the Policy for the claims and allegations damages or losses made against Chris Copeland Construction and Chris Copeland by Ron and Donna Ingram in their lawsuit or for the Default Judgment entered

    in Case No. 4:20-cv-00004-DN in the United States District Court, District of Utah (Southern Region) against Chris Copeland Construction and Chris Copeland in the amount of $99,087.87.

4. The court awards Acuity its reasonable costs incurred in pursuit of this declaratory action.

Signed August 2, 2022.

BY THE COURT

_____
David Barlow
United States District Judge
